1 | McGREGOR W. SCOTT
United States Attorney
2 | KRISTI C. KAPETAN
Assistant U.S. Attorney
3 | 3654 Federal Building
1130 "O" Street
4 | Fresno, California 93721
Telephone:  (559) 498-7316
5 |
Attorneys for Defendant
6 |
7 |
8 |               IN THE UNITED STATES DISTRICT COURT FOR THE
9 |                   EASTERN DISTRICT OF CALIFORNIA
10 |
EDWARD H. BODINE, JR.,          )       1:05-cv-0683 AWI LJO
11 |                              )
                 Plaintiff,      )
12 |                             )       STIPULATION AND ORDER
                 v.              )       FOR REMAND PURSUANT TO
13 |                             )       SENTENCE FOUR OF 42 U.S.C.
JO ANNE B. BARNHART,            )       § 405(g), and
14 | Commissioner of Social      )
Security,                       )       REQUEST FOR ENTRY OF JUDGMENT
15 |                             )
                 Defendant.      )
16 | _____)

17 |     IT IS HEREBY STIPULATED, by and between the parties, through

18 | their respective counsel of record, that this action be remanded

19 | to the Commissioner of Social Security for further administrative

20 | action pursuant to section 205(g) of the Social Security Act, as

21 | amended, 42 U.S.C. § 405(g), sentence four.

22 |     On remand, the Appeals Council will direct the Administrative

23 | Law Judge ("ALJ") to further consider the record evidence,

24 | including the medical evidence regarding Plaintiff's recent back

25 | surgery, and reevaluate the claimant's subjective complaints in

26 | accordance with the Commissioner's regulations and rulings.  The

27 | ALJ also will reevaluate the claimant's residual functional

28 | capacity, provide an explanation for the claimant's limitations,

1   if any, and ascertain what, if any, impact the claimant's

2   limitations have on his ability to work.

3                                    Respectfully submitted,

4   Dated: August 31, 2005          /s/ Manuel S. Serpa
                                     (As authorized via facsimile)
5                                    MANUEL S. SERPA
                                     Attorney for Plaintiff
6

7   Dated: September 7, 2005        McGREGOR W. SCOTT
                                     United States Attorney
8

9                                    /s/ Kristi C. Kapetan
                                     KRISTI C. KAPETAN
10                                   Assistant U.S. Attorney

11

12  IT IS SO ORDERED.

13  **Dated:    September 7, 2005**            **/s/ Anthony W. Ishii**
    0m8i78                          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28